**United States District Court**
For the Northern District of California

1

2

3

4

5

6                     IN THE UNITED STATES DISTRICT COURT

7

8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   BRENDA DESCHAMP,

10          Plaintiff,                          No. C 06-02928 JSW

11    v.

12   UNITED STATES FEDERAL                      **ORDER DENYING *IN FORMA***
     GOVERNMENT and PRESIDENT GEORGE            ***PAUPERIS* APPLICATION AND**
13   W. BUSH,                                    **DISMISSING**
                                                 **COMPLAINT WITH LEAVE TO**
14          Defendants.                          **AMEND**
     _____/

15

16          On May 1, 2006, Plaintiff Brenda Deschamp filed a complaint and an application to

17   proceed *in forma pauperis*.  Courts must deny *in forma pauperis* applications under certain

18   circumstances, including when the underlying complaint sought to be filed is frivolous or when

19   it fails to state a claim upon which relief may be granted.  28 U.S.C. § 1915(e)(2).

20          In contravention of Federal Rule of Civil Procedure 8(a), Plaintiff failed to file a

21   pleading setting forth the grounds upon which this Court has jurisdiction, "a short and plain

22   statement of the claim showing that the pleader is entitled to relief, . . . and a demand for

23   judgment for the relief the pleader seeks."  Plaintiff's complaint is disjointed to the point of

24   being incoherent and unintelligible.  It is impossible to discern from her complaint: (1) any

25   alleged basis for this Court's jurisdiction; (2) the underlying factual basis for her suit; (3) the

26   legal theories under which she seeks relief; or (4) what relief she is requesting.  Plaintiff's

27   complaint merely attaches the text of various statutes.  Moreover, it is unclear who Plaintiff

28   intends to name as a defendant or defendants.  While the caption of her complaint provides that

**United States District Court**
For the Northern District of California

1   Plaintiff intends to sue the federal government, the address on the top of the first page lists both

2   "US Federal Gov" and "G W Bush Jr."

3         Plaintiff's application for *in forma pauperis* is also defective.  Upon review of Plaintiff's

4   application, it is unclear whether Plaintiff is able to pay the costs of the lawsuit.  *See* 28 U.S.C.

5   § 1915(a).  For example, Plaintiff declares that she is currently employed as CEO of The

6   Change, but does not state what her gross and net salary or wages are per month.  Plaintiff also

7   declares that she receives income from rent, but does not state the amount and declares that she

8   does not own a home.  Finally, Plaintiff states that she receives welfare and assistance from

9   family and friends, but does not state the amount she has received in the last year from each

10   source.

11         For these reasons, Plaintiff's application to proceed *in forma pauperis* is HEREBY

12   DENIED WITHOUT PREJUDICE and the Complaint is DISMISSED WITH LEAVE TO

13   AMEND.  If Plaintiff wishes to pursue this action, she must file an amended complaint setting

14   forth a cognizable legal claim and a renewed application to proceed *in forma pauperis* by June

15   30, 2006.  Failure to file a cognizable legal claim by this date shall result in dismissal of this

16   action with prejudice.  The Court advises Plaintiff that a Handbook for Pro Se Litigants, which

17   contains helpful information about proceeding without an attorney, is available through the

18   Court's website or in the Clerk's office.

19         In light of this Order, the date for the Case Management Conference, previously set for

20   September 15, 2006 at 1:30 p.m., is VACATED and will be reset by the Court at a later date.

21         **IT IS SO ORDERED.**

22

23   Dated:  May 17, 2006

24                            JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

25

26

27

28

2