**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA DESCHAMP, | |
|     Plaintiff, | No. C 06-02928 JSW |
| v. | |
| UNITED STATES FEDERAL GOVERNMENT and PRESIDENT GEORGE W. BUSH, | **ORDER DENYING *IN FORMA PAUPERIS* APPLICATION AND DISMISSING COMPLAINT WITH LEAVE TO AMEND** |
|     Defendants. | |

On May 1, 2006, Plaintiff Brenda Deschamp filed a complaint and an application to proceed *in forma pauperis*. Courts must deny *in forma pauperis* applications under certain circumstances, including when the underlying complaint sought to be filed is frivolous or when it fails to state a claim upon which relief may be granted. 28 U.S.C. § 1915(e)(2).

In contravention of Federal Rule of Civil Procedure 8(a), Plaintiff failed to file a pleading setting forth the grounds upon which this Court has jurisdiction, "a short and plain statement of the claim showing that the pleader is entitled to relief, . . . and a demand for judgment for the relief the pleader seeks." Plaintiff's complaint is disjointed to the point of being incoherent and unintelligible. It is impossible to discern from her complaint: (1) any alleged basis for this Court's jurisdiction; (2) the underlying factual basis for her suit; (3) the legal theories under which she seeks relief; or (4) what relief she is requesting. Plaintiff's complaint merely attaches the text of various statutes. Moreover, it is unclear who Plaintiff intends to name as a defendant or defendants. While the caption of her complaint provides that

1  Plaintiff intends to sue the federal government, the address on the top of the first page lists both
2  "US Federal Gov" and "G W Bush Jr."

3  Plaintiff's application for *in forma pauperis* is also defective.  Upon review of Plaintiff's
4  application, it is unclear whether Plaintiff is able to pay the costs of the lawsuit.  *See* 28 U.S.C.
5  § 1915(a).  For example, Plaintiff declares that she is currently employed as CEO of The
6  Change, but does not state what her gross and net salary or wages are per month.  Plaintiff also
7  declares that she receives income from rent, but does not state the amount and declares that she
8  does not own a home.  Finally, Plaintiff states that she receives welfare and assistance from
9  family and friends, but does not state the amount she has received in the last year from each
10 source.

11 For these reasons, Plaintiff's application to proceed *in forma pauperis* is HEREBY
12 DENIED WITHOUT PREJUDICE and the Complaint is DISMISSED WITH LEAVE TO
13 AMEND.  If Plaintiff wishes to pursue this action, she must file an amended complaint setting
14 forth a cognizable legal claim and a renewed application to proceed *in forma pauperis* by June
15 30, 2006.  Failure to file a cognizable legal claim by this date shall result in dismissal of this
16 action with prejudice.  The Court advises Plaintiff that a Handbook for Pro Se Litigants, which
17 contains helpful information about proceeding without an attorney, is available through the
18 Court's website or in the Clerk's office.

19 In light of this Order, the date for the Case Management Conference, previously set for
20 September 15, 2006 at 1:30 p.m., is VACATED and will be reset by the Court at a later date.

21 **IT IS SO ORDERED.**

23 Dated: May 17, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BRENDA DESCHAMP,

        Plaintiff,

  v.

FEDERAL GOV. et al,

        Defendant.
_____/

Case Number: CV06-02928 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 17, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Brenda Deschamps
3500 Calandria Avenue
Oakland, CA 94607

Dated: May 17, 2007

Richard W. Winking, Clerk
By: Jennifer Ottolini, Deputy Clerk