IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA DESCHAMP,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES FEDERAL GOVERNMENT and PRESIDENT GEORGE W. BUSH,<br><br>    Defendants.<br>_____/ | No. C 06-02928 JSW<br><br>**ORDER DENYING *IN FORMA PAUPERIS* APPLICATION AND DISMISSING AMENDED COMPLAINT WITH LEAVE TO AMEND** |

     On May 1, 2006, Plaintiff Brenda Deschamp filed a complaint and an application to proceed *in forma pauperis*. The Court issued an order on May 17, 2006 denying Plaintiff's application to proceed *in forma pauperis* without prejudice and dismissing her complaint with leave to amend. The Court found that Plaintiff's complaint did not comply with Federal Rule of Civil Procedure 8(a). Specifically, Plaintiff failed to file a pleading setting forth the grounds upon which this Court had jurisdiction, "a short and plain statement of the claim showing that the pleader is entitled to relief, . . . and a demand for judgment for the relief the pleader seeks." Her complaint was disjointed to the point of being incoherent and unintelligible. It was impossible to discern from her complaint: (1) any alleged basis for this Court's jurisdiction; (2) the underlying factual basis for her suit; (3) the legal theories under which she sought relief; or (4) what relief she was requesting. Plaintiff's complaint merely attached the text of various statutes.

1  On May 18, Plaintiff filed an amended complaint. On November 28, 2006, Plaintiff
2  filed another application to proceed *in forma pauperis*. Courts must deny *in forma*
3  *pauperis* applications under certain circumstances, including when the underlying complaint
4  sought to be filed is frivolous or when it fails to state a claim upon which relief may be granted.
5  28 U.S.C. § 1915(e)(2).

6  Again, Plaintiff's complaint merely attaches the text of various statutes. Thus, it is
7  impossible for the Court to discern from her complaint: (1) any alleged basis for this Court's
8  jurisdiction; (2) the underlying factual basis for her suit; (3) the legal theories under which she
9  sought relief; or (4) what relief she was requesting. For these reasons, Plaintiff's application to
10 proceed *in forma pauperis* is HEREBY DENIED WITHOUT PREJUDICE and the Complaint
11 is DISMISSED WITH LEAVE TO AMEND. The Court will give Plaintiff one more
12 opportunity to amend her complaint and set forth a cognizable legal claim.         If Plaintiff
13 wishes to pursue this action, she must file an amended complaint and a renewed application to
14 proceed *in forma pauperis* by June 15, 2007. Failure to file a cognizable legal claim by this
15 date shall result in dismissal of this action with prejudice.

**IT IS SO ORDERED.**

Dated: May 21, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2


**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BRENDA DESCHAMP,

        Plaintiff,

  v.

FEDERAL GOV. et al,

        Defendant.

Case Number: CV06-02928 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 21, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Brenda Deschamps
3500 Calandria Avenue
Oakland, CA 94607

Dated: May 21, 2007

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk