IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRENDA DESCHAMP,

    Plaintiff,

v.

UNITED STATES FEDERAL GOVERNMENT and PRESIDENT GEORGE W. BUSH,

    Defendants.

No. C 06-02928 JSW

**ORDER DISMISSING ACTION WITH PREJUDICE**

On May 21, 2007, this Court issued an Order dismissing Plaintiff's amended complaint and denying Plaintiff's second application to proceed in forma pauperis. In that Order, the Court ordered Plaintiff to file a comprehensible complaint by no later than June 15, 2007, and advised Plaintiff that the failure to file an amended complaint in compliance with the Order would result in the dismissal of the action with prejudice.

Plaintiff has not filed an amended complaint. Accordingly, this action is HEREBY DISMISSED WITH PREJUDICE for failure to prosecute. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: 06/28/07

                              JEFFREY S. WHITE
                              UNITED STATES DISTRICT JUDGE